1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
                            FOR THE
6                   EASTERN DISTRICT OF WASHINGTON

7
| RORY RAY MYERS, | Civil No. 2:12-CV-00052-CI |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will provide Plaintiff with the opportunity for a new hearing; the ALJ will issue a new decision on Plaintiff's July 16, 2008 applications for disability insurance benefits, Supplemental Security Income and child's insurance benefits; the ALJ will further consider the opinions of record, including those from Dr. Ring (Tr. 629-631), Dr.

Rojas (Tr. 647-648), Dr. Quackenbush (Tr. 550-555), Dr. Klein (Tr. 50-60), and Nurse Billings (Tr. 696-697); the ALJ will further consider Plaintiff's subjective complaints; the ALJ will further consider Plaintiff's residual functional capacity; if possible, the ALJ will obtain a consultative examination with neuropsychological testing; and if necessary, the ALJ will obtain vocational expert evidence at Step five.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this ___6___ day of ___Sept___ 2012.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2113
Fax: (206) 615-2531
daphne.banay@ssa.gov